UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTOINE A. LEACH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SGT JACK RICHARDSON, CUS DON DESHAZER, SUSAN CROWE and JESSICA HOLWAY,<br><br>　　　　　　Defendants. | NO: 4:21-CV-5137-TOR<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

By Order filed November 8, 2021, the Court instructed Plaintiff to comply with 28 U.S.C. § 1915(a)(2), which requires a prisoner seeking to bring a civil action without prepayment of the filing fee to submit a certified copy of his trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the complaint. ECF No. 7. Plaintiff, a prisoner at the Washington State Penitentiary, is proceeding *pro se*. Defendants have not been served.

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 1

In the alternative, Plaintiff could have paid the $402.00 filing fee to commence this action under 28 U.S.C. § 1914. ECF No 7 at 2. The Court cautioned Plaintiff that his failure to timely provide the documents necessary to proceed *in forma pauperis* **or** payment of the filing fee would result in the dismissal of this case. *Id.* at 3.

Plaintiff did not comply with the Court's directive and has filed nothing further in this action. The Court concludes that Plaintiff has chosen to abandon this litigation.

Therefore, **IT IS ORDERED** this action is **DISMISSED without prejudice** for failure to comply with the filing fee or *in forma pauperis* requirements.

The Clerk's Office is directed to enter this Order, enter judgment of dismissal without prejudice, provide a copy to Plaintiff and **CLOSE** the file. The Court certifies any appeal of this dismissal would not be taken in good faith.

**DATED** December 9, 2021.



THOMAS O. RICE
United States District Judge

ORDER DISMISSING ACTION WITHOUT PREJUDICE -- 2